AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

STEVAN HOFFACKER

**APPEARANCE**

Case Number: 06 MAG 1631

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

STEVAN HOFFACKER

I certify that I am admitted to practice in this court.

November 20, 2006
Date

Signature

CURTIS J. FARBER, ESQ.         7045
Print Name                      Bar Number

350 BROADWAY, 10TH FLOOR
Address

NEW YORK, NEW YORK  10013
City            State           Zip Code

(212) 334-4466        (212) 226-3224
Phone Number          Fax Number