```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :    MISDEMEANOR INFORMATION
                                    :
            -v.-                    :    07 Cr.
                                    :
STEPHAN HOFFACKER,                  :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - -x
```

**07 CRIM. 397**

<u>COUNT ONE</u>

The United States Attorney charges:

1. From in or about 2004 up to and including in or about 2006, in the Southern District of New York and elsewhere, STEPHAN HOFFACKER, the defendant, knowingly, willfully, intentionally, and unlawfully did access without authorization a facility through which an electronic communication is provided and thereby obtained, altered, and prevented authorized access to a wire and electronic communication while it was in electronic storage in such system, to wit, HOFFACKER intentionally accessed without authorization the protected computer network of his former employer and read confidential e-mail messages stored on that network.

(Title 18, United States Code, Sections 2701(a)(1) and (b)(2)(A)).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 09 2007

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**STEPHAN HOFFACKER,**

Defendant.

**INFORMATION**

07 Cr.

(18 USC 2701(a)(1) and (b)(2)(A)))